UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JAMES P. JONES, | : | VIOLATIONS: |
| also known as "James Perry Jones," | : | 18 U.S.C. § 922(g)(1) |
| also known as "Hoggie," | : | (Unlawful Possession of Ammunition by |
| also known as "Hoggy," | : | a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| Defendant. | : | Exceeding One Year) |
| | : | 22 D.C. Code §§ 4503(a)(1), (b)(1) |
| | : | (Unlawful Possession of a Firearm |
| | : | (Prior Conviction)) |
| | : | 22 D.C.C. §§ 2101, 4502, 2104.01(b)(6) |
| | : | (First Degree Murder While Armed |
| | : | (Premeditated) (Aggravating |
| | : | Circumstances) |
| | : | 22 D.C.C. § 4504(b) |
| | : | (Possession of a Firearm during the |
| | : | Commission of a Crime of Violence) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about February 26, 2023, within the District of Columbia, **JAMES P. JONES, also known as "James Perry Jones," also known as "Hoggie," also known as "Hoggy,"** knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2006-CF3-009866 and 2003-FEL-006317, did unlawfully and knowingly receive and possess ammunition, that is, at

least sixteen (16) rounds of 9mm rounds of ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about February 26, 2023, within the District of Columbia, **JAMES P. JONES, also known as "James Perry Jones," also known as "Hoggie," also known as "Hoggy,"** knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, owned, kept, and had within his possession and control, a firearm.

**(Unlawful Possession of a Firearm (Prior Conviction)**, in violation of Title 22, D.C. Code, Sections 4503(a)(1), (b)(1) (2001 ed.))

## COUNT THREE

On or about February 26, 2023, within the District of Columbia, **JAMES P. JONES, also known as "James Perry Jones," also known as "Hoggie," also known as "Hoggy,"** while armed with a firearm, purposely and with deliberate and premeditated malice, killed David Wright by shooting David Wright with a firearm, thereby causing injuries from which David Wright died on or about February 26, 2023.

**(First Degree Murder While Armed (Premeditated),** in violation of Title 22, District of Columbia Code, Sections 2101, 4502, 2104.01(b)(6) (2001 ed.))

The Grand Jury Further Charges that more than one (1) offense of murder in the first degree arose from the incident.

**(First Degree Murder While Armed (Premeditated) (Aggravating Circumstances),** in violation of Title 22, District of Columbia Code, Sections 2101, 4502, 2104.01(b)(6) (2001 ed.))

## COUNT FOUR

On or about February 26, 2023, within the District of Columbia, **JAMES P. JONES, also known as "James Perry Jones," also known as "Hoggie," also known as "Hoggy,"** did possess a firearm, while committing the crime of First Degree Murder While Armed, as set forth in Count Three of this indictment.

> **(Possession of a Firearm during the Commission of a Crime of Violence**, in violation of Title 22, District of Columbia Code, Section 4504(b))

## COUNT FIVE

On or about February 26, 2023, within the District of Columbia, **JAMES P. JONES, also known as "James Perry Jones," also known as "Hoggie," also known as "Hoggy,"** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Nathaniel Howard by shooting Nathaniel Howard with a firearm, thereby causing injuries from which Nathaniel Howard died on or about February 26, 2023.

> **(First Degree Murder While Armed (Premeditated),** in violation of Title 22, District of Columbia Code, Sections 2101, 4502, 2104.01(b)(6) (2001 ed.))

The Grand Jury Further Charges that more than one (1) offense of murder in the first degree arose from the incident.

> **(First Degree Murder While Armed (Premeditated) (Aggravating Circumstances),** in violation of Title 22, District of Columbia Code, Sections 2101, 4502, 2104.01(b)(6) (2001 ed.))

## COUNT SIX

On or about February 26, 2023, within the District of Columbia, **JAMES P. JONES, also known as "James Perry Jones," also known as "Hoggie," also known as "Hoggy,"** did possess a firearm, while committing the crime of First Degree Murder While Armed, as set forth in Count Five of this indictment.

**(Possession of a Firearm during the Commission of a Crime of Violence**, in violation of Title 22, District of Columbia Code, Section 4504(b))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: at least sixteen (16) rounds of 9mm rounds of ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /DTH*
Attorney of the United States in
and for the District of Columbia